UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>JURY DEMAND<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>ALL CASES |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENTS AND FOR APPOINTMENT OF SETTLEMENT CLASS REPRESENTATIVES, SETTLEMENT CLASS COUNSEL, AND SETTLEMENT ADMINISTRATOR**

Plaintiffs have reached 26 class settlements with 27 Settling Defendants.[1] Per Rule 23, Plaintiffs respectfully move the Court to issue the proposed Order attached to this Motion, which would:

(1) Grant preliminary approval of the settlements;

(2) Conditionally certify a Class for purposes of settlement;

(3) Appoint Interim Counsel as Settlement Class Counsel;

(4) Appoint Plaintiffs as Settlement Class Representatives;

(5) Appoint Angeion Group, LLC as Settlement Administrator;

(6) Authorize payment of administrative expenses and applicable taxes from the settlement funds; and

(7) Defer formal notice to the Settlement Class to a later date when a comprehensive notice

---

[1] One settlement included two Defendants: WinnCompanies LLC and WinnResidential Manager Corp.

plan can be presented (including these settlements and additional settlements that may be reached).

Plaintiffs' Motion is supported by the following contemporaneously filed materials:

(1) A Memorandum of Law;[2]

(2) The Joint Declaration of Interim Co-Lead Counsel;[3]

(3) The Declaration of Steven Weisbrot of Angeion Group Re: Angeion Group Qualifications & the Preliminary Notice Plan; and

(4) The Declaration of Layn R. Phillips in Support of Plaintiffs' Motion for Preliminary Approval.

Plaintiffs sent drafts of the preliminary approval papers to Settling Defendants before filing this Motion. Settling Defendants do not oppose the relief requested.

Plaintiffs asked the remaining Defendants for their position on the relief requested.[4] They responded that, until reviewing Plaintiffs' filings, they could not provide a definitive position.

---

[2] Per Local Rule 7.03(b)(5), copies of cited orders not available on an electronic reporter are attached to the Memorandum.
[3] The Joint Declaration attaches a summary chart of monetary and non-monetary terms, followed by copies of the settlement agreements for which Plaintiffs seek preliminary approval at Exhibit A.
[4] The draft papers contained settlement-related information that was to remain confidential until Plaintiffs publicly filed their preliminary approval papers. Accordingly, Plaintiffs did not send drafts of the proposed filings to non-Settling Defendants before publicly filing them.

Dated: October 1, 2025                    /s/ *Tricia R. Herzfeld*

                                         Tricia R. Herzfeld (#26014)
                                         Anthony A. Orlandi (#33988)
                                         **HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC**
                                         1920 Adelicia St., Suite 300
                                         Nashville, TN 37212
                                         Telephone: (615) 800-6225
                                         tricia@hsglawgroup.com
                                         tony@hsglawgroup.com

                                         *Liaison Counsel*

                                         Patrick J. Coughlin
                                         Carmen A. Medici
                                         Fatima Brizuela
                                         Isabella De Lisi
                                         **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
                                         600 West Broadway, Suite 3300
                                         San Diego, CA 92101
                                         Telephone: (619) 798-5325
                                         Facsimile: (619) 233-0508
                                         pcoughlin@scott-scott.com
                                         cmedici@scott-scott.com
                                         fbrizuela@scott-scott.com
                                         idelisi@scott-scott.com

                                         Patrick McGahan
                                         Amanda F. Lawrence
                                         Michael Srodoski
                                         G. Dustin Foster
                                         **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
                                         156 South Main Street
                                         P.O. Box 192
                                         Colchester, CT 06145
                                         Telephone: (860) 537-5537
                                         Facsimile:  (860) 537-4432
                                         pmcgahan@scott-scott.com
                                         alawrence@scott-scott.com
                                         msrodoski@scott-scott.com
                                         gfoster@scott-scott.com

                                         Matthew J. Perez
                                         Daniel F. Loud
                                         **SCOTT+SCOTT ATTORNEYS AT LAW LLP**

230 Park Ave., 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
matt.perez@scott-scott.com
dloud@scott-scott.com

Stacey Slaughter
Thomas J. Undlin
Geoffrey H. Kozen
J. Austin Hurt
Caitlin E. Keiper
Navy A. Thompson
Julie C. Moroney
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone: (612) 349-8500
Facsimile: (612) 339-4181
sslaughter@robinskaplan.com
tundlin@robinskaplan.com
gkozen@robinskaplan.com
ahurt@robinskaplan.com
ckeiper@robinskaplan.com
nthompson@robinskaplan.com
jmoroney@robinskaplan.com

Laura Song
**ROBINS KAPLAN LLP**
1325 Avenue of the Americas, Ste. 2601
New York, NY 10019
Minneapolis, MN 55402
Telephone: (212) 980-7400
lsong@robinskaplan.com

Swathi Bojedla
Mandy Boltax
**HAUSFELD LLP**
1200 17th Street, Suite 600
Washington, DC 20036
Telephone: (202) 540-7200
sbojedla@hausfeld.com
mboltax@hausfeld.com

Gary I. Smith, Jr.
Joey Bui
Samual Maida
**HAUSFELD LLP**

580 California Street, 12th Floor
San Francisco, CA 94111
Tel: (415) 633-1908
gsmith@hausfeld.com
jbui@hausfeld.com
smaida@hausfeld.com

Katie R. Beran
Mindee Reuben
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: 1 215 985 3270
kberan@hausfeld.com
mreuben@hausfeld.com

*Interim Co-Lead Counsel*

Eric L. Cramer
Michaela L. Wallin
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
ecramer@bm.net
mwallin@bm.net

Daniel J. Walker
**BERGER MONTAGUE PC**
1001 G. Street, NW
Suite 400 East
Washington, DC 20001
Telephone: (202) 559-9745
dwalker@bm.net

Brendan P. Glackin
Dean M. Harvey
Jules A. Ross
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, Suite 2900
San Francisco, CA 94111
Telephone: 415-956-1000
bglackin@lchb.com
dharvey@lchb.com
jross@lchb.com

Mark P. Chalos
Hannah R. Lazarz
Kenneth S. Byrd
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue South, Ste. 1640
Nashville, TN 37201
(615) 313-9000
mchalos@lchb.com
hlazarz@lchb.com
kbyrd@lchb.com

Benjamin J. Widlanski
Javier A. Lopez
Robert J. Neary
**KOZYAK TROPIN & THROCKMORTON LLP**

Christian P. Levis
Vincent Briganti
Peter Demato
Radhika Gupta
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
pdemato@lowey.com
rgupta@lowey.com

Christopher M. Burke
Yifan (Kate) Lv
Amelia F. Burroughs
**BURKE LAW**
402 W. Broadway, Suite 1890
San Diego, CA 92101
Telephone: (619) 369-8244
Facsimile (314) 241-3525
cburke@burke.law
klv@burke.law
afb@burke.law

Joseph R. Saveri
Cadio Zirpoli
Kevin E. Rayhill
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
krayhill@saverilawfirm.com

Jennifer W. Sprengel
Daniel O. Herrera
Alexander Sweatman
Nyran Rose Rasche
Kaitlin Naughton
Christopher P. Dolotosky
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210

2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
bwidlanski@kttlaw.com
jal@kttlaw.com
rn@kttlaw.com

Chicago, IL 60603
Telephone: 312-782-4880
Facsimile: 312-782-4485
jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
asweatman@caffertyclobes.com
nrasch@caffertyclobes.com
knaughton@caffertyclobes.com
cdolotosky@caffertyclobes.com

*Plaintiffs' Steering Committee Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Tricia R. Herzfeld*
Tricia R. Herzfeld
