Motion (1264) is **GRANTED.**

*/s/ Waverly D. Crenshaw, Jr.*
US DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-MD-3071 MDL No. 3071 <br><br> **This Document Relates to:** <br> 3:22-cv-01082 <br> 3:23-cv-00332 <br> 3:23-cv-00357 <br> 3:23-cv-00378 <br> 3:23-cv-00410 <br> 3:23-cv-00413 <br> 3:23-cv-00552 <br> 3:23-cv-00742 <br> 3:23-cv-00979 <br><br> **Judge Waverly D. Crenshaw, Jr.** |

## DEFENDANTS' UNOPPOSED MOTION TO REVISE THEIR LIAISON COUNSEL AND STEERING COMMITTEE

Defendants hereby move this Court for an Order revising their Liaison Counsel and Steering Committee. Defendants seek to substitute Alyse F. Stach for Carl W. Hittinger as representative for Equity Residential, and to de-designate Karen Hoffman Lent, counsel for Greystar Management Services, LLC. Plaintiffs have confirmed that they do not oppose this motion.

On June 1, 2023, the Court issued an order requesting applications for Plaintiffs' and Defendants' Liaison Counsel and Steering Committee (ECF No. 243), and Defendants thereafter provided notice of their designees (ECF No 256). The Court designated Defendants' proposed designees. (ECF No. 278.)

Mr. Hittinger intends to withdraw his appearance as counsel in this matter and Equity Residential respectfully requests that Alyse F. Stach, who has appeared as counsel for Equity Residential in this case since its inception, substitute for Mr. Hittinger as Equity Residential's