Motion (1301) is **DENIED AS MOOT**.

*/s/ Waverly D. Crenshaw, Jr.*
US DISTRICT JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br><br>ALL CASES |

**OVERLAP DEFENDANTS' REQUEST TO RESPOND TO**
**FIVE STATE ATTORNEYS GENERAL'S PROPOSED REPLY**

To the extent the Court grants the Attorneys General for the District of Columbia, Kentucky, Maryland, New Jersey and Washington (the "Five AGs") request to file their proposed reply (ECF No. 1295), Overlap Defendants respectfully move for leave to file the attached response. Overlap Defendants believe a response is necessary to correct legal and factual errors made by the Five AGs.