# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) ) |

**Case No. 3:23-md-3071**
**MDL No. 3071**

**This Document Relates to: ALL CASES**

## ORDER

Within **5 days** of entry of this Order, the Settling Defendants shall respond to Plaintiffs' status report (Doc. No. 1381).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE

1