Although not presented as a motion, the Court extends until **May 15, 2026** the requested deadlines, which the settling defendants do not oppose

*Waverly D. Crenshaw, Jr.*

US DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) ) ) ) | Case No. 3:23-md-03071 MDL No. 3071 <br><br> **Judge Waverly D. Crenshaw, Jr.** <br><br> **This Document Relates to:** **ALL CASES** |

### PLAINTIFFS' STATUS REPORT CONCERNING PRELIMINARY APPROVAL, NOTICE, AND A PLAN OF ALLOCATION

On December 23, 2025, Plaintiffs and Settling Defendants filed their Joint Quarterly Settlement Report, noting that they had reached a settlement in principle with 1) Highmark Residential, LLC, 2) Crow Holdings, L.P. and Trammell Crow Residential Company, and 3) one other Defendant, in addition to the 26 settlements that were preliminarily approved on November 21, 2025. (Dkt. 1325.) Plaintiffs stated in that report that they planned to seek preliminary approval of this second round of settlements in the first quarter of 2026.

Since then, Plaintiffs have entered into settlements with three more defendants/defendant groups, and have reached agreements in principle with an additional four defendants/defendant groups. Plaintiffs' and Settling Defendants' Joint Quarterly Settlement Report, which will be filed on March 31, 2026, will provide more detail on those settlements. Plaintiffs are also actively mediating with several other Defendants, including in April. In connection with their May 8, 2026 expert disclosure deadline, Plaintiffs are also working on a proposed plan of allocation.

In the interest of efficiency and to avoid piecemeal motion practice, Plaintiffs request to extend their proposed deadline to file for preliminary approval of their second round of settlements to May 15, 2026. On or before that date, Plaintiffs propose to seek: 1) preliminary approval of all

1