UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) ) ) ) ) ) | Case No. 3:23-md-3071 MDL No. 3071 JURY DEMAND Judge Waverly D. Crenshaw, Jr. This Document Relates to: ALL CASES |

**PLAINTIFFS' MOTION AND MEMORANDUM OF LAW
TO AMEND THE NOVEMBER 21, 2025, PRELIMINARY APPROVAL ORDER
TO CONFORM SETTLEMENT CLASS DEFINITIONS**

Plaintiffs respectfully move this Court to amend its Order of November 21, 2025 (Dkt. 1313), to conform the Settlement Class definition across all Settlements, including those previously approved (Dkt. 1313) and those pending (Dkt.1396). In support thereof, Plaintiffs state as follows:

1. On November 21, 2025, this Court preliminarily approved 26 class settlements ("Set 1 Settlements") with 27 Defendants ("Set 1 Settling Defendants")[1] for $141,800,000 and significant non-monetary relief. Dkt. 1313 ("November Order").

2. Presently pending before the Court is a second set of settlements ("Set 2 Settlements") with another group of Defendants ("Set 2 Settling Defendants")[2] and for which Plaintiffs and Set 2 Settling Defendants are now too seeking preliminary approval. (Dkt. 1396).

3. The Court preliminarily approved the following Settlement Class in its November Order:

> All persons and entities in the United States and its territories who paid rent on at least one multifamily residential real estate lease directly to any Owner, Managing Defendants, and/or Owner-Operator participating in RealPage's Revenue Management Solutions including its pricing software and/or lease renewal staggering software programs, or to a division, subsidiary, predecessor, principal,

---

[1] Set 1 Settling Defendants are: Allied Orion Group, LLC; Apartment Income REIT, LLC, formerly known as Apartment Income REIT Corp. d/b/a AIR Communities; Avenue5 Residential, LLC; Bell Partners, Inc.; BH Management Services, LLC; Bozzuto Management Co.; Brookfield Properties Multifamily LLC; CH Real Estate Services, LLC; CONAM Management Corporation; CWS Apartment Homes, LLC; ECI Management, LLC; First Communities Management, Inc.; FPI Management, Inc.; Greystar Management Services, LLC; Kairoi Management, LLC; Knightvest Residential; Lantower Luxury Living, LLC; Mission Rock Residential, LLC; Pinnacle Property Management Services, LLC; Prometheus Real Estate Group, Inc.; Security Properties Residential, LLC; Sherman Associates, Inc.; Simpson Property Group, LLC; Thrive Communities Management, LLC; Windsor Property Management Co.; WinnCompanies, LLC; and WinnResidential Manager Corp.

[2] Set 2 Settling Defendants are: Camden Property Trust, Cortland Management, LLC; Equity Residential; Highmark Residential, LLC; Lincoln Property Company; Mid-America Apartment Communities, Inc. and Mid America Apartments, L.P; The Related Companies, L.P. and Related Management Company; Rose Associates, Inc.; RPM Living, LLC; Sares Regis Management Company, L.P.; and Crow Holdings, LP and Trammell Crow Residential Company.

1

agent, or affiliate of any such Owner, Managing Defendant, and/or Owner-Operator, at any time during the Class Period. Specifically excluded from this Class are Opt-Outs; Defendants; the officers, directors, or employees of any Defendant; any entity in which any Defendant has a controlling interest; any affiliate, legal representative, heir or assign of any Defendant; any federal, state, or local governmental entities; instrumentalities of the federal government; states and their subdivisions, agencies, and instrumentalities; any judicial officer presiding over this Action and the members of his/her immediate family and judicial staff; and any juror assigned to this Action.

4. For all Set 1 Settling Defendants except two, Apartment Income REIT LLC ("AIR") and Pinnacle Property Management Services, LLC ("Pinnacle"), the Class Period in the November Order is October 18, 2018 through November 21, 2025.[3] (Dkt. 1313 at 2 n.3.)

5. Since entry of the November Order, and as a result of settlement negotiations with Set 2 Settling Defendants, Plaintiffs and Set 1 Settling Defendants have identified and agreed upon certain modifications to the Settlement Class definition reflected in the Set 1 Settlements and adopted in the Court's November Order. These modifications ensure that the Settlement Class definition captures what Plaintiffs and Set 1 Settling Defendants always intended and standardize the Settlement Class definition across all Set 1 and Set 2 Settlements.

6. The revised definition captures the settling parties' intent to cover all who rented from RealPage RMS users in the United States and its territories. A comparison of the two definitions follows:

> All persons and entities in the United States and its territories who paid rent on at least one multifamily residential real estate lease directly to any ~~Owner, Managing Defendants,~~owner, manager and/or ~~Owner-Operator participating in RealPage's Revenue Management Solutions~~ owner-operator (including ~~its pricing software and/or lease renewal staggering software programs, or~~ to ~~a~~any division, subsidiary, predecessor, ~~principal,~~ agent~~,~~ or affiliate of any ~~such Owner, Managing Defendant,~~owner, manager and/or owner-operator) on a property subject to a license for RealPage's Revenue Management Solutions, Lease Rent Options ("LRO"), YieldStar ("YS"), and/or ~~Owner-Operator,~~AI Revenue Management ("AIRM") ("RealPage's RMS") at any time during the period of October 18, 2018

---

[3] The Class Period for AIR is October 18, 2018, through August 12, 2024. The Class Period for Pinnacle is October 18, 2018, through August 13, 2024.

through November 21, 2025 (the "Settlement Class Period-"). Specifically excluded from this Class are Opt-Outs; Defendants; any entity licensing RealPage's RMS, the officers, or directors, or employees of any Defendant;entity licensing RealPage's RMS and any entity in which any Defendantentity licensing RealPage's RMS has a controlling interest; any affiliate, legal representative, heir or assign of any Defendant; anyentity licensing RealPage's RMS; federal, state, or local governmental entities; instrumentalities of the federal governmentgovernments; states and their subdivisions, agencies, and instrumentalities; any judicial officer presiding over this Action and the members of his/her immediate family and judicial staff; and any juror assigned to this Action.

7.      In accordance with the terms of their respective Settlement Agreements, each of the Set 1 Settling Defendants executed an amendment to its Settlement Agreement reflecting the revised Settlement Class definition and conforming it to the Settlement Class definition used in the Set 2 Settlements. True and correct copies of these amendments are attached hereto at Exhibits A-1 through A-26 defining the Settlement Class below:

> All persons and entities in the United States and its territories who paid rent on at least one multifamily residential real estate lease directly to any owner, manager and/or owner-operator (including to any division, subsidiary, predecessor, agent or affiliate of any owner, manager and/or owner-operator) on a property subject to a license for RealPage's Revenue Management Solutions, Lease Rent Options ("LRO"), YieldStar ("YS"), and/or AI Revenue Management ("AIRM") ("RealPage's RMS") at any time during the period of October 18, 2018 through November 21, 2025 (the "Settlement Class Period"). Specifically excluded from this Class are Opt-Outs; Defendants; any entity licensing RealPage's RMS, the officers or directors of any entity licensing RealPage's RMS and any entity in which any entity licensing RealPage's RMS has a controlling interest; any affiliate, legal representative, heir or assign of any entity licensing RealPage's RMS; federal, state, or local governments; states and their subdivisions, agencies, and instrumentalities; any judicial officer presiding over this Action and the members of his/her immediate family and judicial staff; and any juror assigned to this Action.

8.      In addition, the AIR and Pinnacle amendments conform the Settlement Class Period definition in their respective Settlements to all other Set 1 and Set 2 Settlements, *i.e.*, October 18, 2018, through November 21, 2025.

9.      The proposed amendments bring uniformity and consistency across the Settlement Class definitions across all pending settlements. In addition, approving these amendments will

have the added practical benefit of simplifying the notice, claims, and distribution process by establishing a single, uniform class definition across all settlements, a result that serves the interests of the Settlement Class and conserves judicial resources.

10.     Modification of the November Order to reflect the amended Settlement Class definition is particularly appropriate at this juncture given that notice has not yet been disseminated to the Settlement Class, such that no Class member will be prejudiced by the amendment and no re-notice will be required.

11.     The Set 1 Settling Defendants do not object to the relief requested.  The Set 2 Settling Defendants do not object to the relief requested. The remaining Defendants take no position and reserve all rights.

Plaintiffs respectfully request that the Court enter the accompanying Order amending its November Order to modify the Settlement Class definitions and to conform with the Settlement Class proposed in Set 2 Settlements. A [Proposed] Order is attached.


Dated: May 15, 2026

/s/ Tricia R. Herzfeld
Tricia R. Herzfeld (#26014)
Anthony A. Orlandi (#33988)
**HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC**
1920 Adelicia St., Suite 300
Nashville, TN 37212
Telephone: (615) 800-6225
tricia@hsglawgroup.com
tony@hsglawgroup.com

*Liaison Counsel*

Patrick J. Coughlin
Carmen A. Medici
Heidi B. Weaver
Bridget Gramme
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

4

600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 798-5325
Facsimile: (619) 233-0508
pcoughlin@scott-scott.com
cmedici@scott-scott.com
hweaver@scott-scott.com
bgramme@scott-scott.com

Patrick McGahan
Amanda F. Lawrence
Michael Srodoski
G. Dustin Foster
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile:  (860) 537-4432
pmcgahan@scott-scott.com
alawrence@scott-scott.com
msrodoski@scott-scott.com
gfoster@scott-scott.com

Matthew J. Perez
Fatima Brizuela
Daniel F. Loud
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
230 Park Ave., 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
matt.perez@scott-scott.com
fbrizuela@scott-scott.com
dloud@scott-scott.com

Stacey Slaughter
Thomas J. Undlin
Geoffrey H. Kozen
J. Austin Hurt
Caitlin E. Keiper
Navy A. Thompson
Sam R. Black
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone:  (612) 349-8500

Facsimile:  (612) 339-4181
sslaughter@robinskaplan.com
tundlin@robinskaplan.com
gkozen@robinskaplan.com
ahurt@robinskaplan.com
ckeiper@robinskaplan.com
nthompson@robinskaplan.com
sblack@robinskaplan.com

Swathi Bojedla
**HAUSFELD LLP**
1200 17th Street, Suite 600
Washington, DC 20036
Telephone: (202) 540-7200
sbojedla@hausfeld.com

Gary I. Smith, Jr.
Samual Maida
**HAUSFELD LLP**
580 California Street, 12th Floor
San Francisco, CA 94111
Tel: (415) 633-1908
gsmith@hausfeld.com
smaida@hausfeld.com

Mindee Reuben
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: (215) 985-3270
mreuben@hausfeld.com

Shayla J. Harris
Jacob R. Leiken
**HAUSFELD LLP**
33 Whitehall St., 14th Fl.
New York, NY 10004
Telephone: (646) 357-1100
sharris@hausfeld.com
jleiken@hausfeld.com

*Interim Co-Lead Counsel*

6

Eric L. Cramer
Michaela L. Wallin
Taylor Hollinger
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
ecramer@bm.net
mwallin@bm.net
thollinger@bergermontague.com

Daniel J. Walker
**BERGER MONTAGUE PC**
1001 G. Street, NW
Suite 400 East
Washington, DC 20001
Telephone: (202) 559-9745
dwalker@bm.net

Brendan P. Glackin
Dean M. Harvey
Jules A. Ross
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, Suite 2900
San Francisco, CA 94111
Telephone: 415-956-1000
bglackin@lchb.com
dharvey@lchb.com
jross@lchb.com

Mark P. Chalos
Hannah R. Lazarz
Kenneth S. Byrd
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
222 2nd Avenue South, Ste. 1640
Nashville, TN 37201
(615) 313-9000
mchalos@lchb.com
hlazarz@lchb.com
kbyrd@lchb.com

Benjamin J. Widlanski
Robert J. Neary
Cameron A. Moody

Christian P. Levis
Vincent Briganti
Peter Demato
Radhika Gupta
Nicole A. Veno
**LOWEY DANNENBERG, P.C.**
44 South Broadway, Suite 1100
White Plains, NY 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035
vbriganti@lowey.com
clevis@lowey.com
pdemato@lowey.com
rgupta@lowey.com
nveno@lowey.com

Christopher M. Burke
Yifan (Kate) Lv
Amelia F. Burroughs
Rachel Steyer
**BURKE LAW**
402 W. Broadway, Suite 1890
San Diego, CA 92101
Telephone: (619) 369-8244
Facsimile (314) 241-3525
cburke@burke.law
klv@burke.law
afb@burke.law
rsteyer@burke.law

Joseph R. Saveri
Cadio Zirpoli
Kevin E. Rayhill
Alexandra S. Fernandez
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
krayhill@saverilawfirm.com
afernandez@saverilawfirm.com

Jennifer W. Sprengel
Daniel O. Herrera
Nyran Rose Rasche

7

Brandon M. Sadowsky
**KOZYAK TROPIN &
THROCKMORTON LLP**
2525 Ponce de Leon Blvd., 9th Floor
Coral Gables, Florida 33134
Telephone: (305) 372-1800
bwidlanski@kttlaw.com
rn@kttlaw.com
cmoody@kttlaw.com
bsadowsky@kttlaw.com

Kaitlin Naughton
Mohammed A. Rathur
Christopher P. Dolotosky
**CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603
Telephone:  312-782-4880
Facsimile: 312-782-4485
jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
nrasch@caffertyclobes.com
knaughton@caffertyclobes.com
mrathur@caffertyclobes.com
cdolotosky@caffertyclobes.com

*Plaintiffs' Steering Committee Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

> */s/ Tricia R. Herzfeld*
> Tricia R. Herzfeld