| | |
|---|---|
| | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>Chief Judge Waverly D. Crenshaw, Jr. |
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | This Document Relates to:<br><br>ALL CASES |

## OVERLAP DEFENDANTS' MOTION FOR LEAVE TO RESPOND
## TO FIVE STATE ATTORNEYS GENERAL'S MOTION TO INTERVENE

Overlap Defendants[1] respectfully move for an order permitting them to file a response to

the Motion to Intervene and to Clarify or Modify the Court's Preliminary Approval Orders filed

by the Attorneys General for the District of Columbia, Maryland, New Jersey, Kentucky, and

Washington (the "Five AGs") (ECF No. 1415) by June 15, 2026.  Overlap Defendants believe a

response is necessary to demonstrate that the Five AGs' opposition to the settlements and this

Court's injunction is baseless, rehashes their several statements of interests (ECF Nos. 1270,

1281, 1295-1) that this Court rejected when approving the set 1 settlements, and is premised on

factual and legal errors.

---

[1] Overlap Defendants are: Avenue5 Residential, LLC, Bell Partners Inc., BH Management Services, LLC, Bozzuto Management Company, Camden Property Trust, Equity Residential, First Communities Management, Inc., Highmark Residential, LLC, Greystar Management Services LLC, Lincoln Property Company, the residential division of which is now Willow Bridge Property Company LLC, Mid-America Apartment Communities, Inc. and Mid America Apartments, L.P., Pinnacle Property Management Services, LLC, RPM Living, LLC, and Sares Regis Management Company, L.P.

Dated: June 1, 2026

<div style="display: flex;">
<div>

/s/ *Karen Hoffman Lent*
Karen Hoffman Lent (admitted *pro hac vice*)
karen.lent@skadden.com
Boris Bershteyn (admitted *pro hac vice*)
boris.bershteyn@skadden.com
Evan Kreiner (admitted *pro hac vice*)
evan.kreiner@skadden.com
Sam Auld (admitted *pro hac vice*)
sam.auld@skadden.com
Adam Kochman (admitted *pro hac vice*)
adam.kochman@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000

Joshua C. Cumby (BPR No. 37949)
joshua.cumby@arlaw.com
F. Laurens Brock (BPR No. 17666)
larry.brock@arlaw.com
Rocklan W. King, III (BPR No. 30643)
rocky.king@arlaw.com
ADAMS AND REESE LLP
1600 West End Avenue, Suite 1400
Nashville, Tennessee 37203
Telephone: (615) 259-1450

*Counsel for Defendant Greystar Management Services, LLC*

/s/ *Danny David*
Danny David
danny.david@bakerbotts.com
BAKER BOTTS LLP
910 Louisiana Street
Houston, TX 77002
Telephone: (713) 229-4055

</div>
<div>

/s/ *Ian Simmons*
Ian Simmons
isimmons@omm.com
Patrick J. Jones
pjones@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5196

*Counsel for Defendant BH Management Services, LLC*

/s/ *Kenneth Reinker*
Kenneth Reinker
Jeremy Calsyn
CLEARY GOTTLIEB STEEN AND HAMILTON LLP
2112 Pennsylvania Avenue, NW
Washington, D.C. 20037
Telephone: (202) 974-1522
Facsimile: (202) 974-1999
E-Mail: jcalsyn@cgsh.com
E-Mail: kreinker@cgsh.com

Joseph Kay
CLEARY GOTTLIEB STEEN AND HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2745
Facsimile: (212) 225-3999
E-Mail: jkay@cgsh.com

*Counsel for Defendant Pinnacle Property Management Services, LLC*

</div>
</div>

2

James Kress (admitted *pro hac vice*)
james.kress@bakerbotts.com
Paul Cuomo (admitted *pro hac vice*)
paul.cuomo@bakerbotts.com
BAKER BOTTS LLP
700 K. Street, NW
Washington, DC 20001
Telephone: (202) 639-7884

John R. Jacobson (#14365)
jjacobson@rjfirm.com
Milton S. McGee, III (#24150)
tmcgee@rjfirm.com
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
Telephone: (615) 320-3700

*Counsel for Defendant Avenue5 Residential, LLC*

/s/ *Marguerite Willis*
Marguerite Willis (admitted *pro hac vice*)
mwillis@maynardnexsen.com
MAYNARD NEXSEN PC
104 South Main Street
Greenville, SC 29601
Telephone: (864) 370-2211

Michael A. Parente (admitted *pro hac vice*)
mparente@maynardnexsen.com
MAYNARD NEXSEN PC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: (803) 771-8900

Margaret M. Siller (BPR No. 039058)
msiller@maynardnexsen.com
MAYNARD NEXSEN PC
1131 4th Avenue South, Suite 320
Nashville, Tennessee 37210
Telephone: (629) 258-2253

*Counsel for Defendant Bell Partners Inc.*

/s/ *Richard P. Sybert*
Richard P. Sybert (WSBA No. 8357)
rsybert@grsm.com
GORDON REES SCULLY MANSUKHANI
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 321-5222

*Counsel for Defendant First Communities Management, Inc.*

/s/ *James D. Bragdon*
James D. Bragdon
jbragdon@gejlaw.com
Sam Cowin
scowin@gejlaw.com
GALLAGHER EVELIUS & JONES LLP
218 N. Charles St., Suite 400
Baltimore, MD 21201
Telephone: (410) 727-7702

Philip A. Giordano (admitted *pro hac vice*)
philip.giordano@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1775 I Street NW
Washington, DC 20007
Telephone: (202) 721-4776

Charles E. Elder, BPR # 038250
celder@bradley.com
BRADLEY ARANTBOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
P: 615.252.3597

*Counsel for Defendant Bozzuto Management Company*

/s/ Michael D. Bonanno

Michael D. Bonanno (admitted *pro hac vice*)
Carl Spilly (admitted *pro hac vice*)
mikebonanno@quinnemanuel.com
carlspilly@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN
LLP
555 13th Street NW, Suite 600
Washington, DC 20004
Telephone: (202) 538-8225

Andrew Gardella, Esq. (TN Bar #027247)
agardella@martintate.com
MARTIN, TATE, MORROW & MARSTON P.C.
315 Deaderick Street, Suite 1550
Nashville, TN 37238
Telephone: (615) 627-0668

*Counsel for Defendant Highmark Residential, LLC*

/s/ Gregory J. Casas

Gregory J. Casas (admitted *pro hac vice*)
greg.casas@us.dlapiper.com
Emily W. Collins (admitted *pro hac vice*)
emily.collins@us.dlapiper.com
DLA PIPER LLP (US)
303 Colorado Street, Suite 3000
Austin, Texas 78701
Telephone: (512) 457-7290

Becky L. Caruso (admitted *pro hac vice*)
becky.caruso@us.dlapiper.com
DLA Piper LLP (US)
51 John F. Kennedy Parkway, Suite 120
Short Hills, NJ 07078-2704
Telephone: (973) 520-2550

/s/ Ryan T. Holt

Ryan T. Holt (Bar No. 30191)
rholt@srvhlaw.com
Mark Alexander Carver (Bar No. 36754)
acarver@srvhlaw.com
SHERRARD ROE VOIGT &

/s/ Ryan Sandrock

Ryan Sandrock (admitted *pro hac vice*)
rsandrock@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1944

Laurie A. Novion (admitted *pro hac vice*)
lnovion@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 559-2352

Lynn H. Murray (admitted *pro hac vice*)
lhmurray@shb.com
Maveric Ray Searle (admitted *pro hac vice*)
msearle@shb.com
SHOOK, HARDY & BACON L.L.P.
111 S. Wacker Dr., Suite 4700
Chicago, IL 60606
Telephone: (312) 704-7766

*Counsel for Defendant Camden Property Trust*

/s/ Jeffrey L. Kessler

Jeffrey L. Kessler
Sofia R. Arguello
WINSTON TAYLOR LLP
200 Park Avenue
New York, NY 10166
Jeffrey.Kessler@winstontaylor.com
Sofia.Arguello@winstontaylor.com
Telephone: (212) 294-6700

Conor A. Reidy
Matthew R. DalSanto
WINSTON TAYLOR LLP
300 N. LaSalle Drive, Suite 4400

4

HARBISON, PLC
1600 West End Avenue, Suite 1750
Nashville, Tennessee 37203
Telephone.: (615) 742-4200

*Counsel for Defendant Lincoln Property Company (n/k/a Willow Bridge Property Company)*

/s/ Britt M. Miller
Britt M. Miller (admitted *pro hac vice*)
bmiller@mayerbrown.com
Daniel T. Fenske (admitted *pro hac vice*)
dfenske@mayerbrown.com
Matthew D. Provance (admitted *pro hac vice*)
mprovance@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 6006
Telephone: (312) 701-8663

Rachel J. Lamorte (admitted *pro hac vice*)
rlamorte@mayerbrown.com
MAYER BROWN LLP
1999 K Street, NW
Washington, DC 20006-1101
Telephone: (202) 263-3262

Scott D. Carey (#15406)
scarey@bakerdonelson.com
Ryan P. Loofbourrow (#33414)
rloofbourrow@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, TN 37203
Telephone: (615) 726-5600

*Counsel for Defendants Mid-America Apartment Communities, Inc. and Mid-America Apartments, L.P.*

Chicago, IL 60654
Conor.Reidy@winstontaylor.com
Matthew.DalSanto@winstontaylor.com
Telephone: (312) 558-5600

Kevin B. Goldstein
WINSTON TAYLOR LLP
1901 L Street, N.W.
Washington, D.C. 20036-3506
Kevin.Goldstein@winstontaylor.com
Telephone: (202) 282-5000

Justin P. Murphy
BAKER & HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304
jpmurphy@bakerlaw.com
Telephone: (202) 861-1500

Alyse F. Stach
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300
Philadelphia, PA 19103
astach@bakerlaw.com
Telephone: (215) 568-3100

Stephen J. Zralek, BPR #018971
S. Chase Fann, BPR #036794
SPENCER FANE LLP
szralek@spencerfane.com
cfann@spencerfane.com
511 Union Street, Suite 1000
Nashville, TN 37219
Telephone: (615) 238-6300

*Counsel for Defendant Equity Residential*

/s/ Valentine Hoy
Valentine Hoy (admitted pro hac vice)
Scott Perlin (admitted pro hac vice)
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS

*/s/ Nicole L. Castle*

Nicole L. Castle (admitted *pro hac vice*)
ncastle@velaw.com
Vinson & Elkins LLP
1114 Avenue of the Americas
32nd Floor
New York, NY 10036
Telephone: (212) 237-0096

Adam Hudes (admitted *pro hac vice*)
ahudes@velaw.com
Vinson & Elkins LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Telephone: (202) 639-6632

*Counsel for Defendant RPM Living, LLC*

600 West Broadway, 27th Floor
San Diego, CA 92101
Telephone: (619) 233-1155
vhoy@allenmatkins.com
sperlin@allenmatkins.com

Patrick E. Breen (admitted pro hac vice)
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS
865 South Figueroa Street, Suite 2800
Los Angeles, CA 90017
Telephone: (213) 622-5555
pbreen@allenmatkins.com

Gibeault "Beau" C. Creson
SIMS|FUNK, PLC
3102 West End Avenue, Ste. 1100
Nashville, TN 37203
(615) 292-9335
bcreson@simsfunk.com

*Counsel for Defendant Sares Regis Group Commercial, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed electronically this the 1st day of June, 2026.  Notice of this filing was served via the Court's Electronic Case Filing system to all parties and counsel listed on the electronic filing receipt.  Copies may also be accessed through the Court's Electronic Case Filing system.

/s/ *Karen Hoffman Lent*