Motion (1417) is **GRANTED.**

*Waverly D. Crenshaw, Jr*

US DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

|  |  |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br><br>ALL CASES |

**OVERLAP DEFENDANTS' MOTION FOR LEAVE TO RESPOND**
**TO FIVE STATE ATTORNEYS GENERAL'S MOTION TO INTERVENE**

Overlap Defendants[1] respectfully move for an order permitting them to file a response to

the Motion to Intervene and to Clarify or Modify the Court's Preliminary Approval Orders filed

by the Attorneys General for the District of Columbia, Maryland, New Jersey, Kentucky, and

Washington (the "Five AGs") (ECF No. 1415) by June 15, 2026.  Overlap Defendants believe a

response is necessary to demonstrate that the Five AGs' opposition to the settlements and this

Court's injunction is baseless, rehashes their several statements of interests (ECF Nos. 1270,

1281, 1295-1) that this Court rejected when approving the set 1 settlements, and is premised on

factual and legal errors.

---

[1] Overlap Defendants are: Avenue5 Residential, LLC, Bell Partners Inc., BH Management Services, LLC, Bozzuto Management Company, Camden Property Trust, Equity Residential, First Communities Management, Inc., Highmark Residential, LLC, Greystar Management Services LLC, Lincoln Property Company, the residential division of which is now Willow Bridge Property Company LLC, Mid-America Apartment Communities, Inc. and Mid America Apartments, L.P., Pinnacle Property Management Services, LLC, RPM Living, LLC, and Sares Regis Management Company, L.P.