**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE: REALPAGE, INC., RENTAL** | ) | **Case No. 3:23-md-03071** |
| **SOFTWARE ANTITRUST** | ) | **MDL No. 3071** |
| **LITIGATION (NO. II)** | ) | |
| | ) | **THIS DOCUMENT RELATES TO:** |
| | ) | **ALL CASES** |
| | ) | |

## ORDER

The parties may respond to the Emergency Motion to extend time to file a notice of appeal

(Doc. No. 1435) by **noon, Thursday, June 18, 2026.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE