**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | )<br>)<br>)<br>)<br>)<br>) | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>**THIS DOCUMENT RELATES TO:**<br>**ALL CASES** |

### AMENDED ORDER

Pending before the Court is Plaintiffs' Motion and Memorandum of Law Authorizing Payment of Notice and Administrative Expenses from the Settlement Funds.  (Doc. No. 1457). Defendants may respond on or before **July 16, 2026.**

To facilitate the Court's approval of Plaintiffs' motion (Doc. No. 1457), the Court would appreciate an itemization of the anticipated disbursements of the $1,884,438.26, and how Plaintiffs' counsel will verify the fees and expenditures by Angeion Group LLC.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE