Motion (1468) is **GRANTED**.

*Waverly D. Crenshaw, Jr*
US DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) ) ) ) ) ) |

**Case No. 3:23-md-3071**
**MDL No. 3071**

**This Document Relates to: ALL CASES**

### PLAINTIFFS' MOTION TO SUBSTITUTE REGARDING PUBLICATION

On May 22, 2026, the Court ordered Plaintiffs to provide publication notice of pending settlements in *The New York Times*. (Dkt. 1408). Plaintiffs now respectfully move the Court for an Order to substitute publication notice in *People Magazine* in place of publication notice in the *New York Times*. Plaintiffs move for substitution because Angeion has determined that publication via the *New York Times* will lead to approximately 305,000 views by members of the Settlement Class, while publication via *People Magazine* is anticipated to reach 8.7 million members of the Settlement Class, a difference of reach of 8.4 million impressions. As a result, publication in *People Magazine* would be significantly more cost effective while providing notice to significantly more members of the Settlement Class. Plaintiffs requested the position of Defendants on this motion. UDR, IRT, Morgan, and Thoma Bravo indicated that they do not take a position. As of the time of filing this Motion, the remaining Defendants had not responded.