Motion (1509) is **GRANTED IN PART and DENIED IN PART.** Either Tricia Herzfeld or Patrick Coughlin shall be present at the September 1 hearing.

Waverly D. Crenshaw, Jr.
US DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | **Case No. 3:23-md-3071**<br>**MDL No. 3071**<br><br>**JURY DEMAND**<br><br>**Judge Waverly D. Crenshaw, Jr.**<br><br>**This Document Relates to:**<br>**ALL CASES** |

**PLAINTIFFS' MOTION TO EXCUSE APPEARANCES OF PATRICK COUGHLIN AND TRICIA HERZFELD AT THE SEPTEMBER 1, 2026 EVIDENTIARY HEARING**

Plaintiffs respectfully move for leave to excuse Patrick Coughlin and Tricia Herzfeld from appearing live at the September 1, 2026 evidentiary hearing concerning the Joint Motion for Dispute Conference by Plaintiffs and Mason & Perry, LLP ("M&P").

Ms. Herzfeld is currently out of the country. Her partner Tony Orlandi will be present at the hearing. Accordingly, Ms. Herzfeld requests to be excused from appearing at the hearing, but is available to fly back if it pleases the Court.

Attorney Patrick Coughlin has a preexisting conflict on the date of the hearing and requests to be excused. His partner Carmen Medici will be present at the hearing. As indicated in the Joint Motion, Mr. Medici handled the in-person meeting with Gary Mason concerning the subject matter of the dispute.

M&P has indicated that it consents to this relief. RealPage does not object to the relief requested. IRT and Sherman take no position. UDR does not object. As of the time of filing this Motion, the other Defendants had not responded with a position.