**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | ) ) ) ) ) ) | **Case No. 3:23-md-03071** <br> **MDL No. 3071** <br><br> **THIS DOCUMENT RELATES TO:** <br> **ALL CASES** |

**ORDER**

Based upon the Joint Status Report (Doc. No. 1558) the status conference set for Friday, October 9, 2026, is CANCELLED.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE