UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | ) ) ) ) ) ) ) | **Case No. 3:23-md-3071**<br><br>**This Document Relates to: ALL CASES** |

**ORDER**

Today, the Clerk advised the Court that objections have been mailed to the Court. The Court instructed the Clerk to file the objections on the docket. Those objections will be filed in two groups. Group 1 are objections previously filed on the docket. Doc. Nos. 1554-19; 1554-20, 1554-21, 1554-22, 1554-23, and 1554-24. Group 2 are objections not previously filed with the Court. Plaintiffs' counsel shall be prepared to address objections in Group 2.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE