**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | **Case No. 3:23-md-3071**<br><br>**This Document Relates to: ALL CASES** |

**ORDER**

Today, in addition to the objections received, the Clerk also received two opt-out notifications. The Court instructed the Clerk to file the opt-outs on the docket as Group 3.

IT IS SO ORDERED.

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE