UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | **NO. 3:23-md-03071**<br>**MDL No. 3071**<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>**THIS DOCUMENT RELATES TO: ALL CASES** |

**DEFENDANT REALPAGE, INC.'S UNOPPOSED MOTION TO EXCUSE LIVE APPEARANCE OF JAY SRINIVASAN AT THE OCTOBER 15, 2026 FINAL SETTLEMENT APPROVAL HEARING**

Defendant RealPage, Inc. respectfully moves for leave to excuse its counsel, Jay Srinivasan, member of Defendants' Liaison Counsel and Steering Committee from appearing live at the October 15, 2026, Final Settlement Approval Hearing.

Mr. Srinivasan is attending to an ill family member who requires his presence in California. Chris Whittaker, Mr. Srinivasan's partner at Gibson, Dunn & Crutcher LLP and counsel of record in this matter, will appear in person in his stead.

RealPage has conferred with Plaintiffs, who have indicated that they do not oppose this Motion.

DATED: October 14, 2026

Respectfully submitted,


/s/ Jay P. Srinivasan
Jay P. Srinivasan (admitted pro hac vice)
jsrinivasan@gibsondunn.com
Daniel G. Swanson (admitted pro hac vice)
dswanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7430

Stephen Weissman (admitted pro hac vice)
sweissman@gibsondunn.com
Michael J. Perry (admitted pro hac vice)
mjperry@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M St., NW
Washington, DC 20036
Telephone: (202) 955-8678

S. Christopher Whittaker (admitted pro hac vice)
cwhittaker@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1361 Michelson Drive
Irvine, CA 92612
Telephone: (212) 351-2671

Ben A. Sherwood (admitted pro hac vice)
bsherwood@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-2671

Thomas H. Dundon (SBN: 004539)
Tom.Dundon@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
1222 Demonbreun Street, Suite 1201
Nashville, TN 37203
Telephone: (615) 244-1713

*Counsel for Defendant RealPage, Inc.*

**ECF ATTESTATION**

I hereby attest that all other signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this document.

DATED: October 14, 2026

/s/ Jay P. Srinivasan
Jay P. Srinivasan

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

/s/ Jay P. Srinivasan
Jay P. Srinivasan

## LOCAL RULE 7.01(a)(1) CERTIFICATION

I hereby certify that on October 13, 2026, my colleagues and I contacted Plaintiffs by e-mail to obtain their consent to the relief requested herein as required by Local Rule 7.01(a)(1). Plaintiffs indicated that they do not oppose Defendants' motion and the relief it seeks.

/s/ Jay P. Srinivasan
Jay P. Srinivasan