Motion (1604) is **GRANTED** and Doc. No. 1604-1 shall be submitted as a supplemental exhibit to the Attorney General's Objections.

Waverly D. Crenshaw, Jr.
US DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | **Case No. 3:23-md-03071**<br>**ALL CASES**<br><br>**Judge Waverly D. Crenshaw, Jr.**<br><br>**HEARING REQUESTED** |

**MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL EXHIBIT IN SUPPORT OF STATE ATTORNEYS GENERAL'S OBJECTIONS TO PROPOSED SETTLEMENTS AS AMICI CURIAE**

The State Attorneys General ("State AGs") respectfully move for leave to submit as a supplemental exhibit in support of their objections to the proposed settlements, which this Court has agreed to consider as amici curiae (DKT. 1587 at 13), the attached October 6, 2026 motion filed by Defendants in *District of Columbia v. RealPage, Inc.*, No. 2023-CAB-006762 (D.C. Super. Ct.)—including Overlap Defendants Bozzuto Management Company, Camden Development, Inc., Equity Residential Management, LLC, Greystar Management Services, LLC, Highmark Residential, LLC) who have reached Proposed Settlements in the MDL—seeking to continue the District of Columbia's ("the District") March 29, 2027 trial. The motion was filed after the State AGs submitted their reply in support of their motion to intervene and objection to the proposed settlements and bears directly on the prejudice the State AGs have identified.

Defendants' motion illustrates the immediate practical consequences of the injunction entered in connection with preliminary approval of the proposed settlements (Mem. Op. & Order, Dkt. 1463), and the need for clarification from this Court. The DC Defendants contend, among other things, that the MDL proceedings "will determine the claims, the Defendants, the remedies,