Motion (1624) is **GRANTED.**

Waverly D. Crenshaw, Jr.
US DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II)** | ) ) ) ) ) ) ) | **NO. 3:23-md-03071** **MDL No. 3071** <br><br> **Judge Waverly D. Crenshaw, Jr.** <br><br> **This Document Relates to: ALL CASES** |

**KNIGHTVEST RESIDENTIAL'S MOTION TO WITHDRAW**
**CLIFF A. WADE, CHELSEA L. FUTRELL, AND BAKER LOPEZ PLLC AS COUNSEL**

Pursuant to Local Rule 83.01(g), Defendant Knightvest Residential ("Knightvest") moves the Court to permit Cliff A. Wade, Chelsea L. Futrell, and Baker Lopez PLLC[1] to withdraw as counsel of record for Knightvest in the above-captioned matter. Knightvest will continue to be represented by its other counsel of record, Ed Duffy and JoAnna B. Adkisson of Baker Botts L.L.P., who have appeared on Knightvest's behalf.

Knightvest's representation will be uninterrupted, and the withdrawal will not delay trial or any other pending matter in this case.

As required by Local Rule 83.01(g), written notice of the intended withdrawal was provided to Knightvest on October 2, 2026, at least fourteen (14) days before the filing of this Motion. *See* **Exhibit A**, Email of October 2, 2026, from Chelsea L. Futrell. Knightvest consents to the withdrawal.

**Request for Relief**

Knightvest respectfully requests that the Court grant this Motion, permit Cliff A. Wade, Chelsea L. Futrell, and Baker Lopez PLLC to withdraw as counsel of record for Knightvest and

[1] Mr. Wade and Ms. Futrell appeared in this matter as attorneys with Baker Lopez PLLC and have since joined Wade | Roberts, which has not appeared in this matter. It is Mr. Wade's and Ms. Futrell's understanding that Baker Lopez PLLC is being wound down and will no longer operate as a law firm.