Motion (1066) is **GRANTED** and Kate Lv is substituted in place of Walter Noss, as counsel on the Plaintiffs' Steering Committee.

*/s/ Waverly D. Crenshaw, Jr.*
US DISTRICT JUDGE

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>JURY DEMAND<br><br>Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br>ALL CASES |

### PLAINTIFFS' UNOPPOSED MOTION TO SUBSTITUTE KATE LV ON THE PLAINTIFFS' STEERING COMMITTEE

The Court previously issued orders appointing Interim Co-Lead Counsel, Liaison Counsel, and Plaintiffs' Steering Committee. (*See* Dkt. 278 and 703.) This included appointing Walter Noss of Korein Tillery P.C. to the Plaintiffs' Steering Committee ("PSC"). (Dkt. 703.) Plaintiffs respectfully move the Court to revise the PSC to substitute attorney Kate Lv of Burke LLP in place of Mr. Noss.[1] Plaintiffs have consulted with counsel for Defendants, who do not object to this Motion.

---

[1] Mr. Noss and Ms. Lv formerly worked together at Korein Tillery. Ms. Lv is now at Burke Law. Mr. Noss is no longer at Korein Tillery.