UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-03071<br>) MDL No. 3071<br>)<br>) THIS DOCUMENT RELATES TO:<br>) ALL CASES |

## ORDER

On March 28, 2025, the Court received a Stipulation Regarding Defendant Sares Regis Group Commercial, Inc.'s ("Sares Regis") TAR Protocol. (Doc. No. 1116). The stipulation notes that, as part of the Court's previous February 4, 2025 Order, the Court reminded the parties that they "may agree on a standard TAR or AI review protocol that any producing Party may implement, subject to the Court's approval of the protocol." (See Doc. No. 1063). The Court will **APPROVE** Sares Regis's TAR Protocol. (See Doc. No. 1116-1). Sares Regis may use RAL to conduct its document review, but Sares Regis and its attorneys are responsible for using RAL in a way that ensures full compliance with the Federal Rules of Civil Procedure, this Court's Local Rules, and the Rules of Professional Responsibility. See also American Bar Association Formal Opinion 512 on Generative Artificial Intelligence Tools. (July 29, 2024).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE