UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) Case No. 3:23-md-03071<br>) MDL No. 3071<br>)<br>) THIS DOCUMENT RELATES TO:<br>) ALL CASES |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Modify the Case Management Order (Doc. No. 1179). Plaintiff's Motion (Doc. No. 1179) is **RESERVED** until the Friday, **August 8, 2025** status conference at 1:00 p.m.

All counsel anticipating attending the status conference shall notify the courtroom deputy, melissa_seay@tnmd.uscourts.com by noon **August 6, 2026,** of their attendance.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE